FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF OHIO

1:20 CV 1307

DANIEL A. WARD
(Enter above the full name of the plaintiff in this action)

vs.

STATE OF OHIO

Judge Kathleen Sutula JC-23-D

(Enter above the full name of the defendant(s) in this action)

CIVIL CASE NO. CR-19642886

JUDGE Kathleen Sutula JC-23-D

FILED
JUN 15 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

COMPLAINT

JUDGE BARKER

MAG. JUDGE BAUGHMAN

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ☒ NO ☐

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit

   Plaintiffs _Judge Kelly A. Gallagher_

   Defendants _DANIEL A. WARD_

2. Court (if federal court, name the district; if state court, name the county)
   _United States Supreme Court Washington D.C._

3. Docket Number _____

4. Name of judge to whom case was assigned _Judge Kathleen Sutula_

-2-

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Pending

6. Approximate date of filing lawsuit  10-7-2017-20-18

7. Approximate date of disposition _____

II. Place of Present Confinement  Luccussville, Prison

A. Is there a prisoner grievance procedure in this institution?  YES ☒  NO ☐

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?  YES ☒  NO ☐

C. If your answer is YES,

1. What steps did you take? Parole Board, Disamary Disciplinary Cleveland Bar Associations ohio supreme Court of Clumbus,

2. What was the result? NONE YET

D. If your answer is NO, explain why not Because of Covid-19 virus I Can't get any legal help at law libary Cant even get state Pay

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?  YES ☒  NO ☐

F. If your answer is YES,

1. What steps did you take? Case Worker, Cuyahoga County Public Defender office  State Disciplinary Committe Clumbus, ohio

2. What was the result? Nothing has Been done to eagher of these two Judges For being Bias, Predjest Discrimination

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any).

A. Name of the Plaintiff DANIEL A. WARD #771-172

Address MAN C.I. P.O Box 788 MANSField, ohio 44901

(In item B below, place the full name of the defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Use item C for the names, positions and places of employment of any additional defendants).

B. Defendant Kathleen Sutula is employed as JC-23-D at Justice Center 1200 ontario Cleveland, ohio

C. Additional Defendants TEMPER, ANGRY, Criminal Attorney Mr. Michael MAREIN Ph# 216-781-0722

IV. Statement of Claims

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separated paragraph. Use as much space as you need. (Attach extra sheet(s) if necessary).

im sept 2019 around i was violated on my parole for not giveing change of address i did my 9mouths Parole Violation and then when went back to Court of Charges when the Judge Gave me new acase which i allready did 9months added another year too 5years probation and Parole im doing that one year now not that i had a Choice about the matter. Im filling For Prejudice, Hatred, Discimination of Judge Kathleen Sutula 2019 and Judge Kelly ann Gallagher From 2016. This is a Verry Serious matter she used Her Power to Disciminate useing my past Record From 30 yrs ago in Garland, Texas and my Past SEX CASE in Open Court 2016

(Statement of Claim Continued)

She Judge Sutula was way out of her Jurisdiction, Garland Texas 30 years in the Past is their no For Giveness, I've also sent letter to:

Mr. Richard A. Dove, Director
Board of Professional Conduct
Supreme Court of ohio.    Ph# 614-387-9370
65 South Front Street, 5th Floor
Columbus, ohio 43215-3431

I Mr. Daniel A. Ward know that in 2016 i was wrongly Convicted for a Rape an other in mate did a Mr. Doy Clite in Belmont ODRC these two Judge are invovled in one Case and because it was a SEX CASE i wasent given a Fair Trial i Couldent get a Fair Trial in Cuyahoga County Justice Center on The United State's of ohio.

I did my own investigation of my CASE while on Parole and I be Two witness Mr + Mrs. Tom + Angie Wolf this isent my first time fighting this Probblem with the Courts this is Just a different Judge That want to throughin her Punches on me by Compounding and adding Extra time to my First Sentaces. I would Like to be Voleentreering at VA Medical Center for Mrs. Mya Jenkins, LISW-S Ph# 216-791-2300 ext 45809

10701 East Boulevard, EuL Building, 5th Floor
Cleveland, ohio 44106

This Covid-19 is Terriable i feel bad for People that Exsplorting this Pamademic God will Punish them for useing it to Exploreting Innocent People. I wish i Could do some thing to help. Turn over please? :)

Because of my First Case under Judge Kelly A. Gallagher I cant get a break From the Courts especialy From Female Judge's all they wont to do is Compound my Probblems and my Sentences with more time

Thats what Judge Kathleen Sutula did by giving me 5yrs Problation then she Sentanced me to 1year in Prison on top of the Sentances this is Exstream Punishment. That is Bias, Prejudice, and Discrimination using my Past Cases against me in Cout especialy a 30yr old Case in Garland, Texas.

I get blamed for a lot of things i havent done.

Im Praying your Admistration will help me with this incident with the Honorable Judge Kathleen Sutula, we dont need prejudice Judges on the Bench.

IM TRying to get a Job so i Can SEND my daughter's to College.

Now with the C.D.C and the Covid-19 Corona Virus Judge Kathleen Sutula had No Jurisdiction over these Past Legal Probblem she was being Exstreamly Angry, MEAN, and Revengeful.

I was a target FoR WOMEN's Rights and my Constitutional Rights was Violated by both Judges Kelly A. Gallagher and Judge Kathleen Sutula. Their ganging upon me ive No whier to run For sheltter.

I was sick For almost 2 weeks until i got some medication From the infirmary Im Feeling better now thank God.

I should Be Volunteering at the Veterans hospital helping other Veterans to get around and get to Doctor Appointments and thier medications. Thiers a lot of Good things I Could Be doing out side prison handing out food for the homeless people @ my Church.

This matter is verry SERious to me or i wouldent waist my time i know i was done wrong in these Judges Courts because of my Past Case and im a Man No woman Judge is going to give me a Fair Trial in State of ohio.

I would like the Courts to dismiss my Case on STATES LACK oF EVIDENCE iN Court and for Cohersion, and entrapment by my Lawyer and Prossocution and Fasle Alligations by the Plaitiff that she made up this stories to hurt ME.

The used intimedation and threats of Life inprisonment my own Attorney was working agaist me to make the State of ohio More MONEY.

IVE BEEN Fighting This Case For 5 years now 2016-2020 but i feel something good is going to happen real soon. Praise the Lord. Now ive two witness Tom + Angie Wolf.

Daniel A. Ward #771-172

P.S "The Attorney was Mr. Michael Marein Ph#216-781-0722"
Public Defender

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes).

STop the illegal Corruption in are Justice System and Court Prosecutors Judges, Court appointed Attorneys if you Pay you Go to Prison if your poor you know you Rights will be Violeted they Exstourt you For your Freedem that you never get From the Courts. I would SERiously LiKE to SEE The F.B.I. Put a stop to them giving Exstream SENtaNCE's and TiME the Court Judges NEED A Committe to watch over them all and restrict them From using their Power over SENtANCE's PoaplE ESPECIALY iF Their Poor and innocent of the Charges. IN 2019 i got A Reduction of SENtANCE's. I would LiKE to get my tier LEVEL LowERED To TiER I Not III "or get this Case dismissed or through out of Court For "LACK of EVIDENCE's." Turn over Please.

Signed this __13__ day of __5__, 19 __20__.

I declare under penalty of perjury that the foregoing is true and correct.

__5-13-20__  __Daniel D. Ward__
(Date)                    (Signature of Plaintiff)

I believe had i been give my Constitutional Right to make a Personal Bond i would not be faceing these charge i could of Gotten my witness to come to court. This is Just a start of the Civil and Constitutional Violations of my Rights and because of the Bai's Discrimination my 5 Public Defender dident take the case serious I WAS TREATED with disrespect Even though you suppose to get a Fair Trial i Was the Joke of the Court Room. Thats why i went though so many Attorney none of them WAS Looking out FoR my well Being or my Rights to freedom they Just Wonted to get thier check and walk a way. They had no evidence or D.N.A. Now ive more THAN 2 WITNESS That CAN SAY i WAS with them At the Time of the Rape, and They Know For a Fact INMATE Doy Clute RaPED heR and two other girls also. why im i being Punished For a Crime they have Proof i dident do. Judge Sutula Just gave me an Extra 5 years because i had to do my own investigation to Prove my innoccents in this case they dont care about the trueth its about money. I was never going to get a fair Trial any way so i Took the 3 years over life.